IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

LINDA DENISE FOWLER                                                                      PLAINTIFF

v.                                        Case No. 08-5173

MICHAEL J. ASTRUE,
Commissioner of Social Security                                                          DEFENDANT

**J U D G M E N T**

Now on this 3rd day of December , 2009, comes on for consideration the Report and Recommendation dated November 3, 2009, by the Honorable Erin L. Setser, United States Magistrate Judge for the Western District of Arkansas.  Ten (10) days have passed without objections being filed by the parties.  The Court has reviewed this case, and being well and sufficiently advised, finds that the Report and Recommendation is proper and should be adopted in its entirety. Accordingly, the Court hereby adopts the Report and Recommendation; affirms the decision of the Administrative Law Judge; and dismisses Plaintiff's complaint with prejudice.

    IT IS SO ORDERED.

    /s/Jimm Larry Hendren
    HON. JIMM  LARRY HENDREN
    UNITED STATES DISTRICT JUDGE